## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: In re Safeco Insurance Company of Indiana, Relator

Appellate case number: 01-19-00063-CV

Trial court case number: 2017-54046

Trial court: 152nd District Court of Harris County

On January 25, 2019, relator, Safeco Insurance Company of Indiana, filed a petition for a writ of mandamus seeking to compel the respondent trial judge to rule on its pending motion to compel appraisal and the cross-motions for summary judgment within seven days of this Court's judgment. Relator has not filed an emergency motion, but it requests an expedited ruling from this Court because trial has been set for February 18, 2019. Relator has also attached a sworn record. *See* TEX. R. APP. P. 52.7(a)(1). On January 30, 2019, real party in interest J. Douglas Sutter filed a response in opposition to the petition.

Although relator's petition notes that motion hearings were held on March 9, 2018, for the motion to compel appraisal, and on June 29, 2018, on the cross-motions for summary judgment, it neither attached the hearing transcripts nor stated that these records have been ordered or that no testimony was adduced in connection with the matter complained. *See* TEX. R. APP. P. 52.7(a)(2). Accordingly, we **ORDER** the relator, **within 3 days of the date of this order,** to file a statement that no relevant testimony was adduced in connection with the matter complained or else to provide evidence of requesting the reporter's records for the March 9, 2018 and June 29, 2018 hearings and payment for, or arrangements to pay for, the reporter's fee to prepare these records. *See* TEX. R. APP. P. 52.7(a)(2), (b).

It is so ORDERED.
Judge's signature: ___/s/ Evelyn V. Keyes_____
                x  Acting individually     ☐  Acting for the Court
Date: ___February 5, 2019_____